UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  CV 15-7752-AJW                                   Date:   January 5, 2016

Title:  JERRY CHISSELL VS. COUNTRY VILLA SERVICE CORP., ET AL.

PRESENT:  HONORABLE ANDREW J. WISTRICH,  U.S. MAGISTRATE JUDGE

| Y. Benavides | N/A |
|---|---|
| Courtroom Deputy | Court Reporter/CourtSmart |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

NO APPEARANCE                                                   NO APPEARANCE

PROCEEDINGS:    ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO COMPLY
WITH FEDERAL RULES OF CIVIL PROCEDURE 4(m)

     Plaintiff(s) is ordered to show cause in writing no later than  January 19, 2016,  why this action should not be dismissed for failure to comply with Federal Rules of Civil Procedure 4(m).


     In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument of this matter will be heard unless ordered by the Court.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Court's Order may result in the dismissal of the action.

MINUTES FORM 90                                                                   Initials of Deputy Clerk  yb
CIVIL -- GEN